UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB MALAE,

        Plaintiffs,

v.

CITY OF SANTA CLARA, et al.,

        Defendants.

Case No. 21-cv-01453-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/12/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference (11/5/2021).

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/11/2022.

DESIGNATION OF EXPERTS: 4/15/2022; REBUTTAL: 5/16/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/22/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/5/2022;
    Opp. Due: 8/19/2022; Reply Due: 8/26/2022;
    and set for hearing no later than 9/16/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 11/15/2022.
PRETRIAL CONFERENCE DATE: 11/29/2022 at 3:30 PM.

JURY TRIAL DATE: 12/12/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 20, 2021

_____
SUSAN ILLSTON
United States District Judge