UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 6, 2022 | **Time:** 12:42 – 12:50<br>8 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-01453-SI | **Case Name:** Malae v. City of Santa Clara | |

**Attorney for Plaintiff:** Philip J. Kaplan
**Attorney for Defendant:** Nathan Jackson

**Deputy Clerk:** Esther Chung                **Court Reporter:** FTR - SF

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court discussed the dates of the Stipulation to Continue Pretrial Dates and Deadlines and reset some of the dates. The Court indicated that a new Pretrial Scheduling Order will be issued after the Filing of the Granted Stipulation.

CASE CONTINUED: **August 26, 2022 at 3:00 p.m. for Further Case Management Conference**.

Joint Case Management Statement due: **August 19, 2022.**