Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Nathan T. Jackson, Bar No. 285620
njackson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendants CITY OF SANTA CLARA, PATRICK NIKOLAI, and TODD CUMMINS

Philip J. Kaplan, Bar No. 135735
philipkaplanlaw@gmail.com
LAW OFFICES OF PHILIP J. KAPLAN
3278 Wilshire Boulevard, Suite 106
Los Angeles, California 90010
Telephone: 213.480.8981
Facsimile: 213.480.8941

Attorneys for Plaintiff JACOB MALAE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JACOB MALAE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CLARA, a Municipal entity, PATRICK NIKOLAI, Chief of Police, in his individual and official capacities; TODD CUMMINS, in his individual and official capacities; and DOES 1-5, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-01453-SI<br><br>Complaint Filed: March 1, 2021<br>FAC Filed: May 11, 2021<br>SAC Filed: August 17, 2021<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　August 26, 2022<br>Time:　　　3:00 p.m.<br>Courtroom: 1 - 17th Floor<br>Judge:　　　Hon. Susan Illston<br><br>Trial Date:　March 20, 2023 |

　　　　The parties are pleased to report that this matter has tentatively settled in all respects. The parties are currently preparing a long form written settlement agreement. The settlement agreement will encompass a request for dismissal of the entire action with prejudice. In the meantime, the Parties request that the Court continue the Case Management Conference currently

set for August 26, 2022 for at least 45 days, to a date of the Court's choosing, should the matter still be active by that time.

Dated:  August 18, 2022                                    Respectfully submitted,

                                                           LIEBERT CASSIDY WHITMORE

                                                    By:    */s/ Morin I. Jacob*
                                                           Morin I. Jacob
                                                           Nathan T. Jackson
                                                           Attorneys for Defendants CITY OF
                                                           SANTA CLARA, PATRICK
                                                           NIKOLAI, and TODD CUMMINS

Dated:  August 18, 2022                                    LAW OFFICES OF PHILIP J. KAPLAN

                                                    By:    */s/ Philip J. Kaplan*
                                                           Philip J. Kaplan
                                                           Attorneys for Plaintiff JACOB
                                                           MALAE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August __, 2022                                    _____
                                                           The Honorable Susan Illston

2
Notice of Settlement and Stipulation
to Continue CMC

10186826.1 SA460-023