Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Nathan T. Jackson, Bar No. 285620
njackson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendants CITY OF SANTA CLARA, PATRICK NIKOLAI, and TODD CUMMINS

Philip J. Kaplan, Bar No. 135735
philipkaplanlaw@gmail.com
LAW OFFICES OF PHILIP J. KAPLAN
3278 Wilshire Boulevard, Suite 106
Los Angeles, California 90010
Telephone: 213.480.8981
Facsimile: 213.480.8941

Attorneys for Plaintiff JACOB MALAE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JACOB MALAE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA, a Municipal entity, PATRICK NIKOLAI, Chief of Police, in his individual and official capacities; TODD CUMMINS, in his individual and official capacities; and DOES 1-5, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01453-SI<br><br>Complaint Filed: March 1, 2021<br>FAC Filed: May 11, 2021<br>SAC Filed: August 17, 2021<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Trial Date:   March 20, 2023 |

   IT IS HEREBY STIPULATED by and between Plaintiff JACOB MALAE ("Plaintiff") and Defendants CITY OF SANTA CLARA, PATRICK NIKOLAI, and TODD CUMMINS (collectively, "Defendants"), through their respective counsel of record, that this action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(ii).  Each party to bear its own attorneys' fees and costs.

Dated:  December 29, 2022

Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By: _____
Morin I. Jacob
Nathan T. Jackson
Attorneys for Defendants CITY OF SANTA CLARA, PATRICK NIKOLAI, and TODD CUMMINS

Dated:  December 29, 2022

LAW OFFICES OF PHILIP J. KAPLAN

By: _____
Philip J. Kaplan
Attorneys for Plaintiff JACOB MALAE

### ~~PROPOSED~~ ORDER

Based on the parties' stipulation, IT IS SO ORDERED.  The Clerk of the Court is directed to dismiss this matter with prejudice.  All other existing dates and deadlines in this matter are hereby vacated.

DATED:  January 4__, 2023

_____
The Honorable Susan Illston

---

2

Joint Stipulation of Dismissal with Prejudice

10330037.1 SA460-023

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On **January 4, 2023,** I served the foregoing document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** in the manner checked below on all interested parties in this action addressed as follows:

Mr. Philip J. Kaplan
LAW OFFICES OF PHILIP J. KAPLAN
3278 Wilshire Boulevard, Suite 106
Los Angeles, California 90010
Telephone: (213) 480-8981
Facsimile: (213) 480-8941
Email: philipkaplanlaw@gmail.com

*Attorneys for Plaintiff*

☑ **(BY ELECTRONIC SERVICE PROVIDER)** I am readily familiar with the firm's practice for filing electronically. Through use of the Court's CM/ECF electronic filing system, I arranged a true and correct copy of the above-reference documents to be electronically served to the e-mail address(es) registered with the court this day in the ordinary course of business following ordinary business practices.

Executed on **January 4, 2023**, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Kathleen Balauat*
Kathleen Balauat